**1**

**James S. FRANKLIN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. March 22, 1926.)

No. 4667.

In Error to the District Court of the United States for the Western District of Louisiana; Benjamin C. Dawkins, Judge.

C. E. Hardin, of Leesville, La., for plaintiff in error.

Philip H. Mecom, U. S. Atty., and J. Fair Hardin, Asst. U. S. Atty., both of Shreveport, La.

Before WALKER and BRYAN, Circuit Judges, and BURNS, District Judge.

PER CURIAM. The judgment is affirmed.

---

**2**

**Samuel FREEDMAN v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. January 14, 1926.)

No. 4429.

In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge.

Maurice L. Galvin, of Cincinnati, Ohio, W. A. Burkamp, of Newport, Ky., John Devanney, of Cincinnati, Ohio, and E. H. Moore, of Youngstown, Ohio, for plaintiff in error.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Judgment of the District Court affirmed.

---

**3**

**Abraham GORDON, etc., Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. January 2, 1926.)

No. 6783.

In Error to the District Court of the United States for the District of North Dakota.

Francis Murphy, of Fargo, N. D., for plaintiff in error.

Seth W. Richardson, U. S. Atty., of Fargo, N. D.

PER CURIAM. Judgment of May 4, 1925, vacated, and judgment of District Court reversed, and cause remanded for new trial.

---

**4**

**Irving W. HALLEY, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. December 21, 1925.)

No. 7161.

In Error to the District Court of the United States for the Southern District of Iowa.

I. H. Tomlinson and W. F. Maley, both of Des Moines, Iowa, for plaintiff in error.

Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa.

PER CURIAM. Writ of error dismissed without costs to either party in this court, on motion of defendant in error.

---

**5**

**Stout HAMM, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. December 16, 1925.)

No. 7012.

In Error to the District Court of the United States for the Eastern District of Oklahoma.

Archibald Bonds, of Muskogee, Okl., for plaintiff in error.

Frank Lee, U. S. Atty., and W. F. Rampendahl, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.